UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY STALLINGS,

    Plaintiff,

v.    No. ~~4:03CV-123~~ 3:08CV313

CAPPO MANAGEMENT V., INC.

    Defendant



## CONSENT ORDER DISMISSING CASE AND COMPELLING ARBITRATION

Upon the motion of the Plaintiff, TERRY STALLINGS, by counsel, and the consent of the Defendant, CAPPO MANAGEMENT V., INC., by counsel, the Court hereby compels the parties to arbitrate this matter in accordance with the Rules and Policies of JAMS and any arbitration agreement between the parties. The Plaintiff shall notify JAMS and commence his demand for arbitration within ten days from the entry of this Order.

This matter is hereby dismissed and the Clerk is instructed to remove it from the Court's docket.

ENTERED this 28TH day of August, 2008.

                                        /s/
                              Richard L. Williams
                              United States District Judge
                              JUDGE

WE ASK FOR THIS:

_____
Leonard A. Bennett, VSB#37523
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com


_____
Danielle D. Giroux
Harman Claytor Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
Phone: 804.762.8006
Fax: 804.747.6085
www.hccw.com